IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONIA CANNON,

   Plaintiff,

     v.

SOUTH ATLANTA COLLISION
CENTER, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-1030-TWT

ORDER

This is a Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending denying the Defendant's Motion to Compel Arbitration [Doc. 4]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the arbitration agreement is unconscionable and lacking in mutuality. It is so grossly one sided and unfair that it would make Alice in Wonderland's Queen of Hearts ("Off with their heads!") blush. The agreement is utterly void, and I decline the invitation to rewrite it. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Compel Arbitration [Doc. 4] is DENIED. The request for attorney fees and expenses is DENIED.

SO ORDERED, this 22 day of March, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge